Official Form 17
(12/04)

# United States Bankruptcy Court

## SOUTHERN District Of NEW YORK

In re NIRAJ CHATURVEDI/GLOBAL GEM TRADERS INC
Debtor

Case No. 05-60079-PCB

Chapter 7

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

### NOTICE OF APPEAL

NIRAJ CHATURVEDI/GLOBAL GEM TRADERS INC, the plaintiff [ *or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the ___28___ day of ___11___, 2007.
                                                                                            (month)        (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: 12/10/2007

Signed: NIRAJ CHATURVEDI/GLOBAL GEM TRADERS INC
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _____

Address: 1136 WEST WALNUT ST, ALLENTOWN, PA-18102

Telephone No: 917 270 3922

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*