# C | T | S | W

COHEN TAUBER SPIEVACK & WAGNER P.C.

Ira R. Abel

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 1/28/08*

direct: 212-381-8725
email: iabel@ctswlaw.com

January 25, 2008

RECEIVED
JAN 2 8 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

**BY FEDERAL EXPRESS**

Hon. Loretta A. Preska
United States District Judge SDNY
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

> Re:  Niraj Chaturvedi dba *Global Gem Traders, Inc.*, Appellant, v.
> Richard E O'Connell, Appellee
>
> *Bankruptcy Appeal Case No. 08-cv-00249-LAP*

Dear Judge Preska:

This firm represents Appellant in the above-referenced bankruptcy appeal.

We write on behalf of Appellant, on consent of Appellee, to request an extension of the briefing schedule required by Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and recently fixed by the Court.

Bankruptcy Rule 8009 provides that a Court may "specify different time limits" for the filing of appellate briefs. <u>Appellant and Appellee jointly request a *sine die* extension of the briefing schedule because (a)</u> the transcript of the hearing below will not be completed until at least February 8, 2008, which is after the January 29, 2008 deadline fixed by this Court for filing and service of Appellant's initial brief (which date was set by ECF email from the Court, dated January 11, 2008, a copy of which accompanies this letter), and (b) Appellee's counsel has informed us that she expects to file a motion to dismiss the appeal (the "Dismissal Motion") in the near future.

Obviously, until the hearing transcript is filed, the record on appeal will not be complete (and therefore should not even have been docketed yet with this Court, *see* Bankruptcy Rule 8007(b)). In addition, the Court may decide that

C | T | S | W

Hon. Loretta A. Preska
January 25, 2008
Page 2 of 2

briefing on any Dismissal Motion should occur prior to any briefing on the merits of the appeal.

Sincerely,
COHEN TAUBER SPIEVACK & WAGNER P.C.

By: _____
Ira R. Abel

CC: Deborah L. Dobbin Esq. (By Fax)

*[Handwritten note:]* Snortel an conduit So ordered /s/ Sand USDJ Part I

{00021111.DOC; 4}