# C | T | S | W

COHEN TAUBER SPIEVACK & WAGNER P.C.

Ira R. Abel

direct: 212-381-8725
e-mail: iabel@ctswlaw.com

March 3, 2008

**BY FAX 212-805-7941**

Hon. Loretta A. Preska
United States District Judge SDNY
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/08
```

Re: Niraj Chaturvedi *dba Global Gem Traders, Inc.*, Appellant, v.
Richard E. O'Connell, Appellee

*Bankruptcy Appeal, Case No. 08-cv-00249-LAP*

Dear Judge Preska:

This firm represents Appellant in the above-referenced bankruptcy appeal.

We have received the transcript of the hearing before Bankruptcy Judge Beatty and we have provided a copy to counsel for Appellee. The record on appeal cannot be complete without the transcript.

The Clerk's office has advised us that we cannot file the transcript via ECF, but instead must contact your chambers to determine how best to provide you with a copy of the transcript.

Accordingly, please provide us with a direction for filing or otherwise providing you with a copy of the transcript.

*The hard copy transcript may be sent to Chambers with a notation on the docket sheet.*

Respectfully yours,
COHEN TAUBER SPIEVACK & WAGNER P.C.

By: _____
Ira R. Abel

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

CC: Deborah L. Dobbin, Esq. (By Fax)

420 Lexington Avenue | New York, New York 10170 | Phone: 212.586.5800 | Fax: 212.586.5095 | www.ctswlaw.com

{00023521.DOC; 1}   *March 5, 2008*