UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | Chapter 7 |
| NIRAJ CHATURVEDI d/b/a : GLOBAL GEM TRADERS, : | Case No.: 05-60079 (PCB) |
| Debtor. : | |
| NIRAJ CHATURVEDI d/b/a GLOBAL GEM TRADERS, : | |
| Appellant, : | Civil Case No. 08-cv-00249 (LAP) |
| -Against- : | Hon. Loretta A. Preska, U.S.D.J. |
| RICHARD E. O'CONNELL, as Chapter 7 Trustee for the Estate of Niraj Chaturvedi, : | **ORAL ARGUMENT REQUESTED** |
| Appellee. : | |

### AFFIDAVIT OF SERVICE BY EMAIL

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF NEW YORK )

Jean Kim, being duly sworn, deposes and says, I am over 18 years of age, employed by the firm of Cohen Tauber Spievack & Wagner P.C.

On March 13, 2008, I served (1) the Memorandum of Law in Opposition to Appellee's Motion to Dismiss Appeal and (2) the Affidavit of Niraj Chaturvedi in Opposition to Appellee's Motion to Dismiss Appeal, together with all exhibits annexed thereto, by email to the Law Office of Avrum J. Rosen to the attention of Deborah Dobbin, Esq. at ddobbin@avrumrosenlaw.com, the email used by that individual for email correspondence.

_____
Jean Kim

Sworn to before me this 13th
day of March, 2008

_____
Notary Public

JEANETTE WEIR
Notary Public, State of New York
No. 01WE6111739
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 21, 20__

{00024365.DOC; 1}