UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NIRAJ CHATURVEDI,                                              Hon. Loretta A. Preska, U.S.D.J.
d/b/a GLOBAL GEM TRADERS, INC.

                    Appellant,                           Civil Case No.   08-cv-00249-LAP

    -against-

RICHARD E. O'CONNELL,
as Chapter 7 Trustee for the
Estate of Niraj Chaturvedi

                    Appellee.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF SUFFOLK       )

       Joanne Tyburski, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at South Huntington, NY;

       That on the 20th day of March, 2008, deponent served a **REPLY AFFIRMATION** to the persons listed below, said persons constituting all parties in interest entitled to notice, by regular mail, by placing a copy of same, in a sealed envelope, with postage prepaid thereon, and depositing it in an official depository of the U.S. Postal Service, within the State of New York upon the following:

Ira Abel, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Avenue
New York, New York 10170

                                                               S/Joanne Tyburski
                                                               Joanne Tyburski

Sworn to before me this
20th day of March, 2008

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2010