UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                  : Chapter 7

NIRAJ CHATURVEDI d/b/a                                  : Case No.: 05-60079 (PCB)
GLOBAL GEM TRADERS,                                     :

                         Debtor.

NIRAJ CHATURVEDI d/b/a GLOBAL
GEM TRADERS,

                         Appellant,

          -Against-                                 : Civil Case No. 08-cv-00249 (LAP)

RICHARD E. O'CONNELL, as Chapter 7 :
Trustee for the Estate of Niraj
Chaturvedi,

                       Appellee.


FILED U.S.D.C.
JUL 01 2008
S.D. OF N.Y.

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Niraj Chaturvedi d/b/a Global Gem Traders, Appellant in the above-captioned case, appeals pursuant to Rule 6 of the Federal Rules of Appellate Procedure ("FRAP"), to the United States Court of Appeals for the Second Circuit from the final judgment (the "Judgment") in its entirety of the United States District Court for the Southern District of New York entered in this case on the third day of June, 2008.

The Judgment granted Appellee's motion to dismiss Appellant's appeal as untimely filed.

1

A copy of the Judgment, dated June 3, 2008, and Judge Preska's memorandum and order, dated June 2, 2008 are annexed hereto as Exhibits A and B, respectively.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

Law Office of Avrum J. Rosen
Attn: Deborah Dobbin Esq.
Counsel to Richard O'Connell, Esq.,
as trustee of the Estate of
Niraj Chaturvedi d/b/a Global Gem Traders
38 New Street
Huntington, NY  11743

Dated:    New York, New York
          June 30, 2008

**Cohen Tauber Spievack & Wagner LLP**
*Counsel for Defendants Niraj Chaturvedi
and Graciella Chourattana*

_____
Ira R. Abel (IA-1869)
420 Lexington Avenue, Suite 2400
New York, New York 10170
Voice:    (212) 586-5800
Fax:  (212) 586-5095

To:    Law Office of Avrum J. Rosen
       Attn: Deborah Dobbin Esq.
       38 New Street
       Huntington, NY  11743

{00030823.RTF; 2}